UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                                        Case Number 07-10813
                Plaintiff        Hon. George Caram Steeh

-v-

JAMES A. BELL

                            Defendant

and

PINNACLE TECHNICAL RESOURCES, INC.

                            Garnishee

_____

**ORDER RESOLVING DEFENDANT'S OBJECTIONS TO GARNISHMENT**

This matter having come before the Court on a Writ of Continuing Garnishment duly issued and served upon Garnishee, Pinnacle Technical Resources, Inc.; and Garnishee having filed an Answer, stating that at the time of the service of the Writ, it had in its possession, or under its control, personal property belonging to and due Defendant; and a hearing having been held on 1/5/2015 upon the request of the Defendant; now therefore, for the reasons stated on the record:

**IT IS HEREBY ORDERED** that Defendant's objections to garnishment are denied.

**IT IS FURTHER ORDERED** that all funds being held by Garnishee, Pinnacle Technical Resources, Inc., as of the date of this Order, shall be paid to the U.S. Department of Justice, NCIF, P.O. Box 790363, St. Louis, MO 63179-0363.

**IT IS FURTHER ORDERED** that commencing with Defendant's next weekly pay period, Garnishee, Pinnacle technical Resources, Inc., shall reduce the amount of

withholding from each of Defendant's weekly pay checks to the sum of $50.00, and said sum shall be forwarded to the U.S. Department of Justice, NCIF, P.O. Box 790363, St. Louis, MO 63179-0363.

**IT IS FURTHER ORDERED** that said weekly withholding shall continue until such time as the Judgment is satisfied in full, or until further order of this Court.

**IT IS FURTHER ORDERED** that Plaintiff shall provide Defendant with a Financial Statement for Defendant to complete and return to Plaintiff's counsel, together with other required documentation, so that Plaintiff may evaluate Defendant's request for a further reduction in the amount of withholding.

DATE: January 9, 2015            s/George Caram Steeh
                                 United States District Judge